**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – LAW DIVISION**

ROBERT ROSENSON

    Plaintiff,

        v.

PLYCON VAN LINES, INC., d/b/a
PLYCON TRANSPORTATION
GROUP, an Illinois corporation and
VANLINER INSURANCE
COMPANY,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No.    2010L011040
        CALENDAR/ROOM W
        TIME 00:00
        Breach of Contract

## VERIFIED COMPLAINT

The plaintiff, Robert Rosenson by his attorney, complains of the defendants, Plycon Van Lines, Inc. d/b/a Plycon Transportation Group and Vanliner Insurance Company as follows.

## COUNT I
## BREACH OF CONTRACT AGAINST PLYCON

1.    At all times relevant the plaintiff, Robert Rosenson, was a resident of the State of Illinois.

2.    The defendant, Plycon Transportation Group, ("Plycon") is an Illinois corporation. It is a transportation and storage company.

1

3.      In or about the first quarter of 2008, the plaintiff hired Plycon to pick up and warehouse his furniture and art items located at the plaintiff's condominium, 55 E Erie, Unit 4202. The plaintiff sold that condominium in about March 2008.

4.      In or about November 2009, the defendant, at plaintiff's request provided an estimate to pack and move the plaintiff's furniture and art items located at Plycon's warehouse from Chicago to New York. The estimate was for $27,940. In November 2009, the plaintiff signed the estimate ("Contract"). A copy of the Contract is attached here as **Exhibit 1**.

5.      The Contract included a charge of $9600 for insurance. Plycon informed the plaintiff this sum was to pay for an insurance policy to provide coverage for plaintiff's furniture and art objects. The Contract provided that the plaintiff's furniture and art objects were protected to the maximum of $750,000.

6.      Thereafter, Plycon packed and moved some of plaintiff's furniture and art objects from a warehouse in South Holland, Illinois to New York. The move in date in New York was November 30, 2010.

7.      Plycon did not deliver all of plaintiff's furniture and art objects that they were required to deliver. Some of the furniture and art objects were damaged; others are missing.

8.      Plaintiff promptly notified Plycon of the missing and damaged items. On December 7, 2009, plaintiff sent an initial list of the missing/damaged items to Plycon. A copy of the cover letter and list is attached as **Exhibit 2**.

2

9. On December 21, 2010, plaintiff sent an updated list of missing and damaged items. A copy of the updated list is attached here as **Exhibit 3.**

10. In or about March 2010, the plaintiff submitted a proof of loss and damage claim listing missing and damaged items. A copy of the proof of loss form is attached here as **Exhibit 4.**

11. Thereafter, the plaintiff submitted additional information, including invoices and estimates showing the value of the items that were missing and damaged.

12. Plaintiff performed all obligations required of him under the Contract.

13. Plycon breached the Contract by failing to deliver all of plaintiff's furniture and art objects and/or by damaging the furniture and art objects.

14. As a direct and proximate consequence of the breach, the plaintiff has been damaged in the amount not yet determined, but believed to be in excess of $60,000.

WHEREFORE, the plaintiff, Robert Rosenson, prays for judgment in his favor and against the defendant, Plycon Van Lines, Inc. d/b/a Plycon Transportation Group, in the amount of his damages, believed to be in excess of $60,000, plus interest and costs of suit.

## COUNT II
## CONVERSION AGAINST PLYCON

15. Plaintiff incorporates paragraphs 1 through 13.

16. Plaintiff made a demand on Plycon to deliver the missing items.

17. Plycon has not delivered the missing items.

3

18.    Plaintiff is entitled to immediate possession of the missing items.

19.    Plycon is liable for conversion for failing to deliver the missing items.

20.    As a direct and proximate consequence of Plycon's wrongful conduct, the plaintiff has been damaged in the amount not yet determined, but believed to be in excess of $60,000.

WHEREFORE, the plaintiff, Robert Rosenson, prays for judgment in his favor and against the defendant, Plycon Van Lines, Inc. d/b/a Plycon Transportation Group, in the amount of his damages, believed to be in excess of $60,000, plus interest and costs of suit.

## COUNT III

## BAILMENT AGAINST PLYCON

21.    Plaintiff incorporates paragraphs 1 through 13.

22.    At the time Plycon began packing plaintiff's furniture and art objects, they were in good condition, including items that were refinished by Armand Lee, Ltd. and picked up from their place of business.

23.    A bailment relationship existed between the plaintiff and Plycon.

24.    As a result of the bailment relationship, there is a presumption that Plycon was negligent in not delivering the missing items and in delivering damaged items.

25.    As a direct and proximate consequence of Plycon's wrongful conduct, the plaintiff has been damaged in the amount not yet determined, but believed to be in excess of $60,000.

4

WHEREFORE, the plaintiff, Robert Rosenson, prays for judgment in his favor and against the defendant, Plycon Van Lines, Inc. d/b/a Plycon Transportation Group, in the amount not yet determined, but believed to be in excess of $60,000, plus interest and costs of suit.

## COUNT IV
## BREACH OF CONTRACT AGAINST VANLINER

26.    Plaintiff incorporates paragraphs 1 through 13.

27.    Vanliner Insurance Company ("Vanliner") is an insurance company that does business in Illinois.

28.    On information and belief, the $9600 that plaintiff paid in connection with the Contract was for an insurance policy with Vanliner. On information and belief, plaintiff is the insured under the insurance policy.

29.    In December 2009, the plaintiff requested that Plycon provide a copy of the insurance policy to the plaintiff. Plycon failed to do so. Thus plaintiff does not have a copy of the insurance policy. Copies of the exchange of emails between plaintiff and Plycon regarding the request for the insurance policy are attached here as **Group Exhibit 5.**

30.    In or about April 2010, Vanliner notified the plaintiff that Plycon had forwarded plaintiff's claim for damages to Vanliner. A copy of the email from Vanliner to the plaintiff is attached here as **Exhibit 6**.

5

31.    Vanliner has failed to pay the full amount of plaintiff's claim.  In fact, it offered to pay less than $11,000.  Plaintiff's claim is in the amount in excess of $60,000.

32.    Vanliner's failure to pay the full amount of the claim is a breach of the insurance policy.

33.    As a direct and proximate consequence of this breach, the plaintiff has been damaged in the amount not yet determined, but believed to be in excess of $60,000.

34.    Plaintiff performed all obligations required of him under the insurance policy.

35.    Vanliner has acted in an unreasonable and vexatious manner in failing to timely settle plaintiff's claim. There is no dispute on liability. The amount offered by Vanliner is well below anything in the range of reason.

36.    Accordingly, the plaintiff is entitled to the statutory penalty under Section 155 of the Insurance Code, 215 ILCS 5/155 of the amount not to exceed (a) $60,000, (b) 60% of the amount found due the plaintiff exclusive of costs or (c) the excess of the amount the court finds plaintiff is entitled to over the amount Vanliner offered to pay.

37.    In addition, plaintiff is entitled to his attorney's fees under Section 155 of the Insurance Code.

WHEREFORE, the plaintiff, Robert Rosenson, prays for judgment in his favor and against the defendant, Vanliner Insurance Company, in the amount of his actual damages, believed to be in excess of $60,000, plus statutory penalty not to exceed $60,000, plus interest, attorneys' fees and costs of suit

6

Marty J. Schwartz
Three First National Plaza
Suite 4500
Chicago, IL 60602
312.345.5750
Attorney no. 50839

Robert Rosenson

By:_____
His attorney

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned hereby certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. He further certifies that the insurance policy from Vanliner Insurance Company is not accessible to him.

_____
Dr. Robert Rosenson

Marty J. Schwartz
Three First National Plaza
Suite 4500
Chicago, IL 60602
312.345.5750
Attorney no. 50839

8

Fax sent by : 9735622898

NEW / DIVERS

200908816

# QUOTE FORM
# PLYCON

**TRANSPORTATION GROUP**
*Furniture Transportation Specialists*
www.plyconvanlines.com
From Pick-Up - Allow 7 to 14 Working Day's for Delivery
Please Fax to Specific PTG Location Fax Number Shown at Right

fbraun@plyconvanlines.com

**11 CONVENIENT LOCATIONS * US DOT # 0331582**

| | | | |
|---|---|---|---|
| SOUTH HOLLAND, IL | 708-339-8805 | FAX | 708-339-8895 |
| KINGS PARK, NY | 631-269-7000 | FAX | 631-269-7048 |
| TORRANCE, CA | 310-419-1200 | FAX | 310-419-6110 |
| POMPAO BEACH, FL | 954-978-2000 | FAX | 954-977-5978 |
| HAYWARD, CA | 510-784-8700 | FAX | 510-784-8701 |
| ROCHDALE, MA | 508-544-1219 | FAX | 508-544-1219 |
| DALLAS, TX | 214-905-5060 | FAX | 214-905-5103 |
| BALTIMORE, MD | 410-238-2655 | FAX | 410-238-2656 |
| GREENSBORO,NC | 336-854-1832 | FAX | 336-854-9120 |
| DENVER, CO | 303-573-7377 | FAX | 303-573-7177 |

LOCATION } **Chicago, IL**    Phone:} **708-339-8805**    Fax:} **708-339-8895**    Contact } **Frank Braun**

**BILL TO:**

| | |
|---|---|
| NAME | **ROBERT ROSENSON** |
| ADDRESS | **845 UNITED NATION PLAZA UNIT 19E** |
| TOWN | **NEW YORK, NY 10017** |
| PHONE | **718-613-8678** |

**PICK UP FROM }** [ ] { BUSINESS   [ ] { RESIDENCE

| | |
|---|---|
| NAME | **PLYCON VAN LINES** |
| ADDRESS | **336 ARMORY DRIVE** |
| TOWN | **SOUTH HOLLAND, IL 60473** |
| PHONE | **708-339-8805** |

PAYMENT TERMS   C.O.D. [ ]   PREPAID [ ]   ON ACCOUNT [ ] ( BILL TO CODE )

[ ] CREDIT CARD #

[ ] MASTERCARD   [ ] AMERICAN EXPRESS   [ ] VISA   EXP. DATE

NAME ON CREDIT CARD

BILLING ZIP CODE }

**DELIVERY TO:}** [ ] { BUSINESS   [XX] { RESIDENCE

| | |
|---|---|
| NAME | **ROBERT ROSENSON** |
| ADDRESS | **845 UNITED NATION PLAZA UNIT 19E** |
| TOWN | **NEW YORK, NY 10017** |
| PHONE | **718-613-8678** |

ALL QUOTES BASED ON 2 MEN AND A TRUCK * ALL QUOTES BASED ON TRACTOR-TRAILER ACCESSIBILITY
ALSO NOTE: MOST DELIVERIES TAKE 7 - 14 BUSINESS DAYS TO DELIVER FROM DAY OF PICK UP * CERTAIN AREAS MAY TAKE LONGER
VALUATION PROTECTION COVERS TOTAL LOSS * PTG HAS THE RIGHT TO REPAIR BEFORE REPLACING DAMAGED PIECE (S)

| # PC | ( PRODUCT DESCRIPTION & DIMENSIONS ) | $ Per PC | CF | DESCRIPTION | | COST |
|---|---|---|---|---|---|---|
| | Pick-up from Armond Lee & R&R $600 | | | TRANSPORTATION CHARGES | $ | 14,340.00 |
| | Warehouse handling charge to Jinhong Kim $50 | | | CRATING / PACKING CHARGES | $ | 1,000.00 |
| | | | | FUEL SURCHARGE   **13** % | $ | 1,750.00 |
| | | | | OTHER    WAREHOUSE LABOR | $ | 1,250.00 |
| | | | | CHOOSE DEDUCTIBLE: Check-off Amount Below | $ | |
| | | | | [ ] Zero Deductible @ $20 per Thousand | $ | |
| | | | | [ ] $250 Deductible @ $15 per Thousand | $ | |
| | | | | [X] $500 Deductible @ $12 per Thousand | $ | 9,600.00 |
| | | | | [ ] VALUATION PROTECTION DECLINED, PAYMENT is $.60 PER POUND | | |

**From Pick-Up - Allow 7 to 14 Working Day's for Delivery**

**SPECIAL NOTES & REMARKS }**

**TOTAL }** $ 27,940.00

**SIGNATURE FOR APPROVAL OF QUOTE**
( NOTE: PLEASE SIGN AND FAX BACK TO PROCESS ORDER )

x *Robert S. Rosenson*

QUOTE REFERENCE NUMBER

**QUOTE DATE**

**AD**

VALUATION PROTECTION LIMIT } $ 750,000.00

CONTACT NAME } Robert Rosenson

PHONE 718-613-8678   FAX

EXHIBIT

December 7, 2009

Frank Braun
Plycon Van Lines
Fax: 708-339-8895

Dear Frank:

Here is the list of missing/damaged items.

Yours sincerely,

Robert S. Rosenson, MD

EXHIBIT
2

Fax sent by : 9735622098

8-Dec-2009

Plycon Van Lines - List of damaged items

**Item**

1 Greek geometric pendent
2 Biedermeir writing table
3 Biedermeir lamp table
4 Biedermeir clock
5 Biedermeir chandelier
6 French neoclassical chandelier
7 Coffee table
8 Entertainment center
9 Alabaster urn
10 Italian black and gold mirror
11 Vitrine
12 Stand for statue
13 Lotus petal chandelier
14 Russian demilume commode
15 Base of statue for sarcrophagus framgent
16 Coffee table
17 Rococco wall bracket
18 Dining room table leafs
19 Serpentine mirror
20 Brackets to support mosaics
21 Portiere carved v wood pole
22 Roman terra cotta oil lamp
23 Frame on large Albertini

*NOT ON INVENTORY SHEET* (handwritten, pointing to items 3-4)

*FROM R + R* (handwritten, bracketing items 4-6)

**Damage**

Bent attachment
Key missing from lock    Cannot open dra[w]
Item missing    Identified by Frank at Plycon in ph
Gilt eagle and swans missing from clock
Gilted bronze attachment broken and missing
Arm bent
Veneer damaged
Scratch - left middle
One of the matching pair is broken in half
Edge damaged
Surface scratches on one glass shelf
Edge damaged
Scratch
Surface scratches    Scratches on top
Right side panel fell off
Veneer damaged
Chipped edges, cracked surface
Missing - not sent given to Jinhong Kim as instructe[d]
Tongue on left side needs to be re-glued
Missing
Missing
Missing
Dented

**Erin**

**Subject:**                    FW: Updated list

     

November 30 2009 \TT13415.htm (274
(revised2) Mo...          B)

> From: Robert Rosenson <Robert.Rosenson@downstate.edu>
> Date: December 21, 2009 9:13:44 PM EST
> To: Frank Braun <fbraun@PlyconVanLines.com>
> Subject: Updated list
>
> Frank:
> Here is the updated list.
> The University wants to make certain that you received their check.
> Sincerely,
> Robert Rosenson

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.717 / Virus Database: 270.14.116/2579 - Release Date: 12/21/09 01:36:00

EXHIBIT
3

Plycon Van Lines -
List of damaged
items

| Item | Damage | | Repair Cost | Replacement Cost | Purchase Price | Vendor |
|---|---|---|---|---|---|---|
| 1 Greek geometric pendent | Bent attachment | | | | | |
| 2 Biedermeir writing table | Key missing from lock | Cannot open drawer | | | | |
| 3 Biedermeir lamp table | Item missing | Identified by Frank at Plycon in photo of items before packing | | | | |
| 4 Biedermeir clock | Gilt eagle and swans missing from clock | | | $18,000 | $16,000 | Iliad Ant |
| 5 Biedermeir chandelier | Gilted bronze attachment broken and missing | One arm is bent. | | | | |
| 6 French neoclassical chandelier | Arm bent | | | | | |
| 7 Coffee table | Veneer damaged | | | | | |
| 8 Entertainment center | Scratch - left middle | | | | | |
| 9 Alabaster urn | One of the matching pair is broken in half | Item discontinued by Alabastri Laorati Italiani in Volterra Italy. | | | | |
| 10 Italian black and gold mirror | Edge damaged | | | | | |
| 11 Vitrine | Surface scratches on one glass shelf | | | | | |
| 12 Stand for statue | Edge damaged | | | | | |
| 13 Lotus petal chandelier | Scratch | | | | | |
| 14 Russian demilume commode | Surface scratches | Scratches on top of first drawer | | | | |
| 15 Base of statue for sarcrophagus framgent | Right side panel fell off | | | | | |
| 16 Coffee table | Veneer damaged | | | | | |
| 17 Rococco wall bracket | Chipped edges, cracked surface | | | | | |
| 18 Dining room table leafs | Missing - not sent given to Jinhong Kim as instructed in writing | | | | | |
| 19 Serpentine mirror | Tongue on left side needs to be re-glued | Other half of serpent tonque is cracked. | | | | |
| 20 Brackets to support mosaics | Missing | | | | | |
| 21 Portiere carved wood, wood pole | Missing | | | | | |
| 22 File cabinet released to Jinhong Kim is not mine. I had a 4 drawer horizonal file cabinet. He was given a 4 drawer vertical | | | | | | |

| | |
|---|---|
| Pads for two Hokanson area 24 rugs | Missing |
| 25 Desk | Nicks, chips |
| Bookcase from 25 Armand Lee | Scratcnes, nicks, chips. Support pin for shelf missing, 4 gold keys missing. Shawn from Armand Lee said they were there when it was picked up by Observed by Architect who was present at time of |
| Floors nicked/walls nicked, 26 Hallways/Foyer | move. He will submit separate document. |

## STANDARD PROOF OF LOSS AND DAMAGE CLAIMS
## UNDER UNIFORM HOUSEHOLD GOODS BILL OF LADING

ROBERT S ROSENSON   3-5-2010
(Name of Claimant)   Date of Filing Claim

845 UNITED NATIONS PLAZA UNIT 19E
(Address of Claimant)

NEW YORK, NY 10017

PLYCON   TRANSPORTATION
(Name of Carrier)

(Address of Carrier)

(Claimant's Number)

(Carrier's Number)

for LOSS / DAMAGE in connection with shipments herein described:
(loss or damage)

Description of shipment: HOUSEHOLD ITEMS, ART, ANTIQUE FURNITURE

Name and Address of shipper: ANTIQUITIES    55 E ERIE ST #4202 CHICAGO, IL

Date shipment was loaded: _____ moving from _____ 60611
(No. Address - City & State)

To: ROBERT S ROSENSON 845 UNITED NATIONS PLAZA #19E NEW YORK, NY 10017
(Name of party empowered to receive, if other than shipper.) Street, City & State

State where shipment was temporarily detained in storage either at origin, or destination:
ILLINOIS

If claim is for breakage or shortage to items packed in container give the following information:

By whom packed PLYCON   By whom unpacked PLYCON   Date unpacked 11-30-2009

When was damage or shortage discovered 11-30-2009   By whom discovered PHilon Preimon, Robert Rosenson, Ronald Rosenson, Iain Campbell

NAME OF YOUR INSURANCE CO. EFFECTING COVERAGE ON PROPERTY TRANSPORTED:

### DETAILED STATEMENT SHOWING HOW AMOUNT CLAIMED IS DETERMINED

| (List number, description of items, nature and extent of loss or damage, etc.) | Weight | Acquired Date | Original Cost | Value at Time of Loss | Amount Now Claimed |
|---|---|---|---|---|---|
| Refer to documents by | | | | | |
| Empire Metal Finishing | | | | | |
| Chapeau Design | | | | | |
| Fortuna Fine Arts | | | | | |
| Iliad Antik | | | | | |
| Iain Campbell Design | | | | | |
| ALT | | | | | |

### THE FOLLOWING DOCUMENT IS SUBMITTED IN SUPPORT OF CLAIM

1. A repairman's estimate of cost of repair.

Provided in the accompanying document

REMARKS

The undersigned, signer of the foregoing statement, hereby makes a solemn oath to the truth of the statements contained herein, and exhibits attached hereto.

19

_____
(Signature of Claimant)

FORM 181 REV.   HILLIS PRINTING INC. FARMINGDALE, N.Y. 11735

EXHIBIT
4

Plycon Van Lines - List of damaged items

| | Item | Damage |
|---|---|---|
| 1 | Greek geometric pendent | Bent attachment |
| 2 | Biedermeir writing table | Key missing from lock |
| 3 | Biedermeir lamp table | Item missing |
| 4 | Biedermeir clock | Gilt eagle and swans missing |
| 5 | Biedermeir chandelier | Gilted bronze attachment bro |
| 6 | French neoclassical chandelier | Arm bent |
| 7 | Coffee table | Veneer damaged |
| 8 | Entertainment center | Scratch - left middle |
| 9 | Alabaster urn | One of the matching pair is b |
| 10 | Italian black and gold mirror | Edges chipped. |
| 11 | Vitrine | Surface scratches on one glas |
| 12 | Stand for statue | Edge damaged |
| 13 | Lotus petal chandelier | Scratch        One pendant l |
| 14 | Russian demilume commode | Surface scratches |
| 15 | Base of statue for sarcrophagus framgent | Right side panel fell off |
| 16 | Coffee table | Veneer damaged |
| 17 | Rococco wall bracket | Chipped edges, cracked surfa |
| 18 | Dining room table leafs | Missing - not sent given to Jii |
| 19 | Serpentine mirror | Tongue on left side needs to |
| 20 | Brackets to support mosaics | Missing |
| 21 | Portiere carve wood pole | Missing |
| 22 | File cabinet released to Jinhong Kim is not mine. | I had a 4 drawer horizo |
| 24 | Pads for two Hokanson area rugs | Missing |
| 25 | Desk | Nicks, chips |
| 25 | Bookcase from Armand Lee | Scratches, nicks, chips. Sup| |
| 26 | Floors nicked/walls nicked        Hallways/Foye | Observed by Architect who w |
| 27 | J Robert Scott bench | Leg nicked - item picked up i |
| 28 | Biedermeir dining chair                            3 | Nick, chip on one leg - item p |
| 29 | Chandelier with sphinxes | Arms bent |

Cannot open drawer; uncertain whether any items listed as missing are locked in desk
Identified by Frank at Plycon in photo of items before packing
from clock    Box unpacked by foreman, witnessed by Ron Rowe (designer) and Iain C
)ken and missing          One arm is bent.

Chip on top edge in center.

)roken in half   Item discontinued by Alabastri Laorati Italiani in Volterra Italy.

ss shelf

oose.
Scratches on top of first drawer

ace
nhong Kim as instructed in writing
be re-glued    Other half of serpent tonque is cracked.

onal file cabinet. He was given a 4 drawer vertical cabinet.

port pin for shelf missing, 4 gold keys missing.  Shawn from Armand Lee said they were
ias present at time of move.  He will submit separate document.
n perfect condition directly from Armand Lee.
icked up in perfect restored condition directly from Armand Lee          Lose/damages

| | Replacement ( | Purchase Price | Vendor | Repair Cost |
|---|---|---|---|---|
| drawer. | | | | |
| ampbell (contractor) | | $18,000 | $16,000 | Iliad Antik |

there when it was picked up by Plycon.    One key lock chipped.    One glass pane

; backs



el scratched.



# Empire Metal Finishing, Inc.

METAL RESTORATION — ALTERATION — AND CREATION SERVICES

@INCE1905@
24-04-45TH STREET - ASTORIA, NEW YORK 11103
TEL. 718 545-6700 FAX 718 932-0800
EMAIL: EMPIRESOFTREMOVAL.NET

LIGHT FABRICATION
CLEAN CONTACT REPAIRING
CUSTOMIZED DESIGNS &
CHANDELIER WIRING

PLATING & POLISHING
GOLD - SILVER - BRONZE
COPPER - NICKEL - PATINAS
CUSTOM FINISHES

## ***DO NOT PAY***    QUOTATION    ***DO NOT PAY***

Customer: IAIN CAMPBELL DESIGN
150WEST 28TH Street
SUITE 1101
New York, NY 10001
United States

| Quote Number | Quote Date | Payment Terms |
|---|---|---|
| 6463 | 12/17/09 | Net 30 Days |

Phone: (212) 627-4971    FAX: (212) 627-5920

ATTN: **IAIN CAMPBELL**    REF: **ROSENSON**

* EMPIRE METAL FINISHING IS NOT RESPONSIBLE FOR BREAKABLES*
* PLEASE FAX BACK THIS QUOTE SIGNED FOR APPROVAL*
* UPON CUSTOMER APPROVAL, SHIPPING CHARGE AND TAXES WILL BE ADDED, IF APPLICABLE*
* 50% DEPOSIT IS REQUIRED FOR ALL FABRICATION JOBS* (4 - 6 WEEKS)
* ON ALL RUSH JOBS, IT IS THE CUSTOMERS RESPONSIBILITY TO ALERT EMPIRE ON THE DAY OF
  THE JOBS ARRIVAL*

**Please Mark the
Box for the
Service you
Prefer**

Specially arranged Rush for Fabrication Jobs (Generally 4 - 6 Weeks)
General Turn Time: 2-5 Weeks (Fabrication and Perfect Jobs are Longer)
1 Week Completion - 25%  Surcharge added to Total Price.
3-5 Days Completion - 50%  Surcharge added to Total Price.
1-2 Days Completion - 100% Surcharge added to Total Price.

| Line | Qty | Item Description | Description | Unit Price | | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | CURL | FABRICATE ONE COPY OF CURL MOUNT PIECE, BEHIND THE BLACK CARTOUCHE THAT IS MISSING FROM THE CROWN OF THIS AUSTRIAN CHANDELIER. FINISH TO MATCH EXISTING GOLD. | $0.00 | /EA | $0.00 |
| 2 | 1 | SITUATION A | IF WE RECEIVE ONLY THE PART TO BE WORKED ON PLUS A SAMPLE PART TO COPY. | $750.00 | /EA | $750.00 |
| 3 | 1 | >>>OR<<< | >>>OR<<< | $0.00 | /EA | $0.00 |
| 4 | 1 | SITUATION B | IF WE RECEIVE THE ENTIRE CHANDELIER | $1,250.00 | /EA | $1,250.00 |

# Chapeau Design & Construction, Inc

300 Observer Hwy Fl 4
Hoboken, NJ 07030

Tel: 201.653.2860     Fax: 201.653.5007
Email: contact@chapeauantiques.com

# Estimate

| Date | Estimate # |
|------|-----------|
| 1/27/2010 | 1750 |

**Name / Address**

Robert Rosenson
New York, NY

| Description | |
|-------------|---|
| **DAMAGED ITEMS** | |
| #6 French neo-classical chandelier<br>- Repair on bent arm and touchup | 800.00 |
| #7 Coffee Table<br>- small dent<br>- crack in lacquer is due to hot/cold reaction<br>- needs to be refinished | 2,100.00 |
| #10 Italian black and gold mirror<br>- touch up on edge<br>- regild some areas | 800.00 |
| #11 Vitrine<br>- Replace two shelves with tempered glass<br>- to be cut based on template | |
| #14 Russian demilune commode<br>- refinishing the top | 800.00 |
| #19 Serpentine Mirror<br>- Replace elements that are missing<br>- touch up and regilding | 900.00 |
| #25 Desk<br>- replace missing keys | 120.00 |
| #25 Bookcase<br>- touch ups ($500)<br>- change 1 20 x 45 bevel glass ($600) | 1,100.00 |
| #27 Bench<br>- touch ups and finishing | 300.00 |
| #28 Four Biedermeier dining chair (4 x $700)<br>- repairs on back and legs<br>- refinishing | 2,800.00 |
| Acceptance Signature: _____ | **Total** |

*Thank you for your business.*

**Chapeau Design & Construction, Inc**

300 Observer Hwy Fl 4
Hoboken, NJ 07030

Tel: 201.653.2860    Fax: 201.653.5007
Email: contact@chapeauantiques.com

# Estimate

| Date | Estimate # |
|------|-----------|
| 1/27/2010 | 1750 |

| Name / Address |
|----------------|
| Robert Rosenson |
| New York, NY |

| Description | |
|-------------|---|
| | 400.00 |
| #29 New desk<br>- scratch and dent to be touched up<br>- finishing | |
| TO BE CHARGED TO THE CLIENT:<br>Repolishing the top of the semanier | 450.00 |
| NOTE:<br>- Prices above don't include and pickup or delivery | |
| **Total** | $10,570.00 |

Acceptance Signature: _____

*Thank you for your business.*



# Fortuna Fine Arts, Ltd.

984 MADISON AVENUE
NEW YORK, N.Y. 10075

TEL. 212-794-7272
FAX 212-794-7275

### DAMAGE / LOSS APPRAISAL

Dr. Robert Rosenson              February 10th, 2010

In regards to the objects that were damaged during transport which consist of, a Greek Bronze Pendant, a Rococo Wall Bracket and One of a Pair of Matching Alabaster Urns, we at Fortuna Fine Arts, Ltd. have been able to examine the objects in person and through photos before and after damage provided by Dr. Robert Rosenson.

The objects were all very fine examples of artwork through the ages and given our 30 years of experience together with consulting an art conservator here is our analysis. The bronze pendant will cost about $ 400 - $ 500 to repair the area that was bent in hoping that it will not fracture during reversal which would then require bonding by heat and having to repatinate the surface. The Rococo Wall Bracket and The One of a Pair Matching Alabaster Urns unfortunately have not fared as well as in our opinion there is no way to replicate the beautiful surface and superior style through restoration, let alone stabilize the pieces. This rather straightforward evaluation is based upon our expertise in the field of antiques as well as recalling comparable examples of damaged artwork we have been assigned inspect in recent years. There is indeed a demand for antiques of this caliber as they are aesthetically beautiful and scarce in the current market-place. The objects have suffered massive damage during transport incurring a complete loss to its structural integrity and a total loss to value. If there are any questions regarding this appraisal do not hesitate to contact us.

Sincerely,

Fortuna Fine Arts, Ltd.
984 MADISON AVENUE

ILIAD
212 EAST 57TH STREET NEW YORK NY 10022
212 935-4382
WWW.ILIADANTIK.COM



A Biedermeier mantel clock
Wild cherry veneer with ebonized and painted details and
24kt gilt Viennese movement
Austria, c.1820
23.7"h x 15.7"w x 5.1"d
CL 10403
$16,000

ILIAD

212 EAST 57TH STREET NEW YORK NY 10022
212 935-4382
WWW.ILIADANTIK.COM



A Biedermeier mantel clock
Mahogany and ebonized pear case with gilt eagle and
mythical creatures, and alabaster columns
Vienna, first quarter of 19th century
24.0"h x 15.0"w x 6.3"d
CL 20423
$18,000



**Iain**
**Campbell**
**Design, Ltd**

**Invoice**

1/1/10

Bill To:
Dr. Robert E. Rosenson
535 UN Plaza
Apartment 19E
New York, NY 10017

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Carpet Pad Living Room | Jade Green Rubber | | | |
| | Anchor 163"x127" | 1 | $260.00 | $260.00 |
| | Installation | | $150.00 | $150.00 |
| | TAX | | 8.75% | $22.75 |
| Carpet Pad Living Room | Jade Green Rubber | | | |
| | Anchor 8.1067.10 | 1 | $128.00 | $128.00 |
| | Installation | | $150.00 | $150.00 |
| | TAX | | 8.75% | $11.20 |
| | | | SUBTOTAL | $721.95 |
| | | | CONTRACT BALANCE | $721.95 |
| | | | TOTAL | $721.95 |



**Iain
Campbell
Design, Ltd**

**Invoice**

1/12/10

Dr. Robert S.Rosenson
845 UN Plaza
Apartment 19E
New York, NY 10017

| Item | Description | | | Amount |
|---|---|---|---|---|
| | Colombo Mobili/Rossini 137 | 1 | $12,825.00 | $12,825.00 |
| Dining Table | Shipping | | $125.00 | $125.00 |
| | NYC Sales Tax | | 8.45% | $1,094.275 |



**Iain Campbell Design, Ltd**

**Invoice**

1/12/10

Dr. Robert S. Rosenson
845 UN Plaza
Apartment 19E
New York, NY 10017

| | Description | | | |
|---|---|---|---|---|
| Round Lamp Table | Colombo Mobili/Salieri 134.60 | 1 | $3,750.00 | $3,750.00 |
| | Shipping | | $85.00 | $85.00 |
| | NYC Sales Tax | | 8.45% | $324,050 |

Gmail - alabaster - robert.rosenson@gmail.com                                                                           3/5/10 10:36 AM

Gmail   Calendar   Documents   Web   Reader   more ▼                                                                          robert.r

| labelinbox-suny-plycon-ali | Search Mail | Search the Web | Show search options Create a filter |

Compose Mail        A Little Night Music - www.NightMusicOnBroadway.com – Award Winning Musical Revival w/ Catherine Zeta-Jones. Get Tickets!

Inbox (6)           « Back to "INBOX/SUNY/Plycon/Ali"   Remove label "INBOX/SUNY/Plycon/Ali"   Report spam   Delete   Move to   Labels   More actions
Buzz
Sent Mail           alabaster   INBOX/SUNY/Plycon  X   INBOX/SUNY/Plycon/Ali  X
Drafts
[Gmail]/All Mail/Amgen          ALI to me                                                                show details Feb 10        Reply
[Imap]/Drafts
Deleted Items                   Dear Mr. Rosenson,
Deleted Messages (1)
Harold Kennedy                  enclosed are picture from four different types of alabaster we can use to make the Amphoras:
INBOX/65 E Erie/Pho...
INBOX/AA/Barcelona              this is my best quotation:
INBOX/AA/Chicago
INBOX/AA/Elite rawa...          alabaster Agata (semi tranparent amber tone) or alabastro Calcarifero ( beige with dark veins)   euro 550,00  each vase
INBOX/AA/Montreal               alabastro Cipollone(white with dark veins) or alabestro Translucent (transparent)             euro 480,00  each vase
INBOX/AA/St. Louis...
INBOX/Abbott/Coron...           DHL air shipping/insurance charges              euro  235,00                                                x 2
INBOX/Abbott/PCNA
INBOX/Abbott/Public...          best regards
INBOX/Abbott/Public...
INBOX/Abbott/Speak...           alessandro corda
INBOX/Abbott/Speak...
INBOX/ACC/2010 Sc...
INBOX/ACC/Expert D...           ----- Original Message -----
INBOX/ACC/Password              From: Robert Rosenson
INBOX/ACC/West Co...            To: info@alabastri.co.it
INBOX/Aegerion/AHA              Sent: Monday, February 08, 2010 7:37 PM
INBOX/Aegerion/AHA...           Subject: Re: Intact urn
INBOX/Aegerion/AHA...
INBOX/AHA/2009 Sci...           Dear Sirs:
INBOX/American Airl...          I was inquiring about the status of the costs for replacing the two urns including shipping fees.
INBOX/American Exp...           Thank you,
INBOX/American Exp...           Robert Rosenson
INBOX/American Exp...
INBOX/Amgen                     On Mon, Dec 21, 2009 at 8:50 PM, Robert Rosenson <robert.rosenson@gmail.com> wrote:
INBOX/Amgen/AMG ...
INBOX/Amgen/Darba...
INBOX/Anthera/FDA ...
INBOX/Anthera/FRA...
INBOX/Anthera/Inves...
INBOX/Anthera/NIH ...            Sent from my iPhone
INBOX/Anthera/VIST...
INBOX/Anthera/VIST...
INBOX/Anthera/Zora
INBOX/Astra Zeneca/...          4 attachments — Download all attachments   View all images
INBOX/Astra Zeneca/...
INBOX/Astra Zeneca/...
INBOX/Astra Zeneca/...
INBOX/ATT
INBOX/Brad Jacobs
INBOX/Callan Fine Art
INBOX/CMHC                                                                         alabastro-calcarifero.jpg
INBOX/Cornell                                                                      106K  View  Download
INBOX/Correspondan...
INBOX/Cypruss Phar...           
INBOX/EFG/XSTRATA
INBOX/ELITE
INBOX/ESC                                                                          Alabastro-Cipollone.jpg
INBOX/ESC/2010                                                                     76K  View  Download
INBOX/Fidelity
INBOX/HDL Summit ...
INBOX/HDL Summit...
INBOX/HDL Summit...
INBOX/HDL Summit/...
INBOX/HDL Summit/...             
INBOX/HDL Summit/...
INBOX/HDL Summit/...                                                               alab Agata and Translucent.jpg
INBOX/HDL Summit/...                                                               89K  View  Download
INBOX/HDL Summit/...
INBOX/HDL Summit/...

Gmail - alabaster - robert.rosenson@gmail.com



INBOX/HDL Summit/...
INBOX/HDL Summit/...
INBOX/HDL Summit/...
INBOX/HDL Summit/...
INBOX/Hilton Honors....
INBOX/HSL Newslett...
INBOX/HSL Newslett...
INBOX/Iain Campbell...
INBOX/Iain Campbell...
INBOX/Journal submi...
INBOX/Journal submi...
INBOX/Journal submi...
INBOX/Journal submi...
INBOX/Journal submi...
INBOX/Journal submi...
INBOX/Journal submi...
INBOX/Journal submi...
INBOX/Journal submi...
INBOX/JP Morgan C...
INBOX/JP Morgan C...
INBOX/JP Morgan C...
INBOX/Kiehvi/insulin...
INBOX/Metropolitan...
INBOX/Michael Gelb
INBOX/Mt. Sinai
INBOX/Mt. Sinai/Pati...
INBOX/NLA
INBOX/Phlemagen
INBOX/Roche
INBOX/Roche/2009...
INBOX/Roche/Alacar...
INBOX/Roche/Alscill...
INBOX/Roche/CME...
INBOX/Roche/CME...
INBOX/Roche/Consul...
INBOX/Roche/Dal-H...
INBOX/Roche/Erik Ni...
INBOX/Roche/HDL S...
INBOX/Roche/HDL S...
INBOX/Roche/HDL S...
INBOX/Roche/Susan...
INBOX/Solunie
INBOX/Solvay/Beijing
INBOX/Solvay/Saudi ...
INBOX/SUNY
INBOX/SUNY/CME S...
INBOX/SUNY/CME S...
INBOX/SUNY/CME S...
INBOX/SUNY/CME S...
INBOX/SUNY/Defen...
INBOX/SUNY/Housin...
INBOX/SUNY/Housin...
INBOX/SUNY/Housin...
INBOX/SUNY/LICH
INBOX/SUNY/Mary A...
INBOX/SUNY/Nat. W...
INBOX/SUNY/Plycon
INBOX/SUNY/Plycon/...
INBOX/SUNY/Plycon/...
INBOX/SUNY/Plycon/...
INBOX/SUNY/Resear...
INBOX/SUNY/Roche
INBOX/Telesphorus L...
INBOX/Telesphorus L...
INBOX/Tin
INBOX/Tin/Bo
INBOX/Tin/Phuong
INBOX/Verizon FIOS
Sent Items
Sent Messages
169 more▼

Contacts
Tasks

Alabastro Translucent.jpg
71K   View   Download

Reply   Forward

Robert Rosenson   Dear Ms. Brewi: Here are the documents concerning the replacement cost for th...
Robert Rosenson   Dear Ms. Brewi: My items were made of the same material in the second photogr...
ALI to me                                                                          show details Feb 12   Reply

- Show quoted text -

4 attachments — Download all attachments   View all images

alabastro-calcarifero.jpg
108K   View   Download

Alabastro-Cipollone.jpg
76K   View   Download

alab Agata and Translucent.jpg
89K   View   Download

Alabastro Translucent.jpg
71K   View   Download

Reply   Forward

« Back to "INBOX/SUNY/Plycon/Ali"   Remove label "INBOX/SUNY/Plycon/Ali"   Report spam   Delete   Move to   Labels   More actions

Add your Gmail inbox to the Google homepage.

You are currently using 2721 MB (36%) of your 7430 MB.

Last account activity: 2 minutes ago at IP 166.137.138.84. Details
Gmail view: standard | turn on chat | turn off buzz | older version | basic HTML   Learn more
©2010 Google - Terms - Privacy Policy - Buzz Privacy Policy - Gmail Blog - Join the Gmail team - Google Home

MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | : 03-05-'10 12:50 |
| FAX NO.1 | : |
| NAME | : |

|  |  |
|---|---|
| FILE NO. | : 899 |
| DATE | : 03.05 12:47 |
| TO | : ☎916312696186 |
| DOCUMENT PAGES | : 17 |
| START TIME | : 03.05 12:48 |
| END TIME | : 03.05 12:50 |
| PAGES SENT | : 17 |
| STATUS | : OK |

*** SUCCESSFUL TX NOTICE ***

March 5, 2010

Brandon Baker
National Claims Manager Plycon Transportation Group
P# 631-269-6197 F# 631-269-6186
Email: claimsny@plyconvanlines.com
US DOT#0331582

Dear Mr. Baker:

Yesterday the Chicago office of Plycon contacted Jinhong Kim regarding delivery of the correct file cabinet. He asked about the dining room table insets and he was told that they did not exist. This was the same message that I received about the lamp table until Frank Braun looked at his photos and acknowledged that the table was present. I also have photos that were taken by my real estate agent that showed the lamp table was present before the movers entered the unit in Chicago. Thus, the response by the Chicago office has been to deny responsibility. Another example of this tactic has been to say that furniture refinished at Armand Lee was damaged. I had all the furniture restored and it was inspected on-site by me before the move and inspected by the staff at Armand Lee on the day that Plycon arrived. Again, this is another attempt to deny responsibility. The fact remains that the dining room table insets were placed on a sheet under the master bed and somehow they have been misplaced. If necessary, I will have my attorney to subpoena Lee Hogan to testify that the dining room inset (leaf) was under the masterbed when my unit in Chicago was cleaned in the days before the move. The fact that you did not record them on the moving sheet bears no relevance, as the lamp table was not listed either and the writing on the Plycon moving list became less readable with every entry. Further, I was not present on site to verify the accuracy of the list. As indicated by the delivery of the wrong file cabinet to Jinhong Kim, there are organizational problems at the Chicago facility.

It also worth documenting that I have sent multiple e mail communications to Judy Brewi and called more than 5 times. I have been told by the receptionist at Plycon that she "is on the phone" or "on vacation" or "sick" and "did not come to work" all on the same day. Before the move, I attempted personally and through my attorney to receive a copy of the insurance policy but this request was denied. It has now been more than 3 months since my items were moved to New York.

I will also let you know that I have not received a credit for moving costs related to two chairs and mirror that were not released to Plycon by Armand Lee Ltd.

Sincerely,

Robert S. Rosenson, MD
845 United Nations Plaza, Unit 19E
New York, NY 10017

# BRAHMS · NETSKI

*Antique Passage Ltd.*

December 10, 2001

Frank S. Perry IIDA
1040 North Lake Shore Dr. Suite 6B
Chicago, Il. 60611

BNMJ 005 Italian Rococo gilt wood wall bracket, 18th century      $4000.00

234 East 60ᵗʰ St.
New York, New York 10022

Tel (212) 755 8307
Fax (212) 755 8305

Erin

| From: | Robert Rosenson [robert.rosenson@gmail.com] |
|---|---|
| Sent: | Wednesday, December 09, 2009 9:46 AM |
| To: | Frank Braun |
| Cc: | Chris McGuire |
| Subject: | Re: Updated list |

Frank:
My charges were not reduced for the reduction in items left at Armand Lee.
I have asked in writing for a copy of your insurance policy and insurer.
I was entitled to receive this information before the agreement, but this request was
ignored repeatedly.
I am entitled to receive it now.
Robert Rosenson

On Wed, Dec 9, 2009 at 10:33 AM, Frank Braun <fbraun@plyconvanlines.com>wrote:

> Thanks for the reply. Plycon has no problem with expediting the claim
> process once the job has been completed, signed off for and paid in full.
>
>
>
> You agreed to the insurance when you endorsed the approval to go
> forward with the quote. Your refusal to pay in full will only further
> delay the process.
>
> * *
>
> *Frank Braun*, Operations Manager
> Plycon Transportation Group-Chicago
>
> ***Our new location as of 10/26/2009***
>
> *336 W. Armory Drive*
>
> *South Holland, IL 60473*
> 708-339-8805 office
> 708-339-8895 fax
>
> *www.plycongroup.com*
>

image001.png (9
KB)

> USDOT # 0331582
>
>
>
> *"How may we help you?"*
>
> * *
>
>
>
>
>
> *From:* Robert Rosenson [mailto:robert.rosenson@gmail.com]
> *Sent:* Wednesday, December 09, 2009 9:12 AM
> *To:* Frank Braun
> *Cc:* sosueme
> *Subject:* Re: Updated list

1

EXHIBIT
GR.5

> Frank:
>
> I will forward this communication to my attorney.
>
> It will be helpful to see this insurance document.
>
> Sincerely,
>
> Robert Rosenson
>
> On Wed, Dec 9, 2009 at 10:08 AM, Frank Braun
> <fbraun@plyconvanlines.com>
> wrote:
>
> Good morning Dr. Rosenson-
>
>
> Thank you for providing the list of concerns regarding your move. I
> have forwarded your information to our National Claims Manager.
>
>
> Per the terms of our agreement, in order to expedite your claim and
> have the insurance applied, the invoice must be paid in full.
>
>
> Please call me if you have any questions.
>
>
> Thank you,
>
> * *
>
> *Frank Braun*, Operations Manager
> Plycon Transportation Group-Chicago
>
> ***Our new location as of 10/26/2009***
>
> *336 W. Armory Drive*
>
> *South Holland, IL 60473*
> 708-339-8805 office
> 708-339-8895 fax
>
> *www.plycongroup.com*
>
> USDOT # 0331582
>
>
> *Error! Filename not specified.*
>
> *"How may we help you?"*
>
> * *
>
>
>
>
> *From:* Robert Rosenson [mailto:robert.rosenson@gmail.com]

2